IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES HARMON,

    Petitioner,

v.                                                            CASE NO. 4:05-cv-00312-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 27, Report and Recommendation of the Magistrate Judge, recommending dismissal of this case as untimely. The time for filing objections has passed and none have been filed. The Court agrees that because Petitioner waited two years before filing his state 3.850 motion, the statute of limitations expired before the motion was brought. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this *6th* day of March, 2008

                        *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge